IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
DEC 17 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 18-22-BU-DLC |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| vs. | |
| SHAWN ROBERT ARRANTS, | |
| Defendant. | |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. Defendant Shawn Robert Arrants appeared before the Court on December 13, 2018, and entered a plea of guilty to count II of the indictment. He also admitted the forfeiture allegation. Arrants's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Defendant Arrants's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- a Mossberg Western Field, model 173, .410 bore single-shot shotgun, with no serial number; and

- a Remington, model 870, 12-gauge shotgun, bearing serial number 829124V;

1

THAT the ATF, United States Marshal's Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 17th day of December, 2018.

Dana L. Christensen, Chief District Judge
United States District Court