
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-22-BU-DLC |
| Plaintiff, | ORDER |
| vs. | |
| SHAWN ROBERT ARRANTS, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion to Dismiss Forfeiture Allegation. (Doc. 28.)

IT IS ORDERED that the motion (Doc. 28) is GRANTED. The forfeiture allegation in the indictment in this case is DISMISSED without prejudice.

DATED this 2nd day of January, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1